# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Maura Howard | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 21-cv-00574-WMW-BRT |
| Life Time Fitness, Inc., LTF Club Operations Company, Inc., LTF Club Management Company, LLC, LTF Yoga Company, LLC | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' motion to dismiss and compel arbitration, (Dkt. 31), is **GRANTED**.

2. This action is **DISMISSED WITHOUT PREJUDICE**.

Date: 7/1/2022                                                                 KATE M. FOGARTY, CLERK